

The following constitutes
the order of the court. Signed April 13, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

MARIO ROBERTO JUAREZ,

        Debtor.
_____/

Case No. 13-40355 RLE

Chapter 13

MAURO BUCIO,

        Plaintiff,

vs.

MARIO ROBERTO JUAREZ,

        Defendant.
_____/

Adversary No. 13-4086

**Trial Dates:** August 11-12, 2014
**Time:** 8:00 a.m.
**Length of Trial:** 2 days

### ORDER ABSTAINING FROM RULING ON ADVERSARY PROCEEDING

    Plaintiff filed the above-entitled adversary proceeding on April 22, 2013, seeking a determination that a debt owed by Defendant to Plaintiff was nondischargable pursuant to 11 U.S.C. §§ 523(a)(2) and (a)(6). Subsequently, an amended complaint was filed, seeking a determination that the debt owed by Defendant

was nondischargable pursuant to 11 U.S.C. § 523(a)(2).

The court conducted a trial on the matter on August 11 and 12, 2014. Thereafter, on September 3, 2014, the underlying bankruptcy case was dismissed for Defendant's failure to cure plan defaults.

The court has reviewed the record in the adversary proceeding and in the underlying bankruptcy case and has determined that because the underlying case has been dismissed and no bankruptcy case is currently pending, the issue of dischargability of a debt is moot. Thus, it would inappropriate to rule on the adversary proceeding.

For the foregoing reasons and good cause appearing,

IT IS HEREBY ORDERED that the court ABSTAINS from ruling on the adversary proceeding.

**\*\*\*END OF ORDER\*\*\***

**Court Service List:**

*** No Court Service Required ***